AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LANCE STEVEN TIRSO ROXAS

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1655-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 4, 2002__ in __Middlesex__ county, in the __District of__ __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

conspire with another to willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passpor, in violation of 18 U.S.C. s. 1542,

in violation of Title __18__ United States Code, Section(s) __371__.

I further state that I am a(n) __Special Agent, DSS__ and that this complaint is based on the following
Official Title

facts:

See attached affidavit of DSS Special Agent Herman L. Arnold

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-19-2004                                                              at   Boston, Massachusetts
Date                                                                          City and State

CHARLES B. SWARTWOOD III
United States Magistrate Judge                              _____
Name & Title of Judicial Officer                               Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.