# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____  FOR _____ AT _____

FILED IN CLERKS OFFICE
2004 MAR 23 P 12: 01
US DISTRICT COURT
DISTRICT OF MASS

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **LANCE S. ROXAS**

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate: _____
- District Court: _____
- Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: 1433 York Ave NY NY 10021  NY Health & Racquet
- IF YES, how much do you earn per month? $ 5500 - 6500
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: 10K
  - SOURCES: 401K payout from Cigna

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 1300

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: 30K
  - DESCRIPTION: Dodge Durango

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: _____
- List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| CAR | Wells Fargo | $32,000 | $459 |
| School | Loan University | $ | $600 |
| MDU | Mortgage | $ | $860 |
| Credit Cards | Capital One | $ | $200 |
| CM taxes/cars | Rutgers | and on other sds | $155 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)

| NAME | DUE TO | AMOUNT | PAYMENT |
|---|---|---|---|
| CREDIT CARD | HOUSEHOLD BANK | | 200 |
| CABLE BILL | COMCAST | | 89 |
| LIFE INSURANCE | | | 300 |
| TRAVEL - GAS - TOLLS | | | 1000 |
| FOOD | | | 500 |
| WARRANTY | | | 200 |
| CELL PHONE | | | 150 |
| INTERNET | | | 40 |
| MEDICAL EXPENSES | | | 290 |
| PRESCRIPTIONS | | | 142 |
| CLOTHING | | | 200 |