# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

DATE: MARCH 15, 2004.

CLERK,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA.    02210

RE: USA - V - **LANCE STEVEN TIRSO ROXAS**

SDNY MAG. DOCKET # __04 MAG. 483__

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

( )   1.  DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(XXXXX) 2.  DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT. BOND ENCLOSED.

( )   3.  PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

( )   4.  COMPLAINT DISMISSED BY YOUR DISTRICT.

YOURS TRULY,

J. MICHAEL MCMAHON
CLERK OF COURT

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3)
DOCUMENTS ON COPY OF THIS LETTER.

BY _____
              DEPUTY CLERK

GILBERT QUAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

DATE: MARCH 15, 2004.

CLERK,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA.        02210

RE: USA - V - LANCE STEVEN TIRSO ROXAS

SDNY MAG. DOCKET # 04 MAG. 483

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

( )  1.  DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(xxxxxx)  2.  DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT.  BOND ENCLOSED.

( )  3.  PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

( )  4.  COMPLAINT DISMISSED BY YOUR DISTRICT.

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3) DOCUMENTS ON COPY OF THIS LETTER.

YOURS TRULY,

J. MICHAEL MCMAHON
CLERK OF COURT

BY _____
DEPUTY CLERK

GILBERT QUAN

U.S. District Court
Southern District of New York (Foley Square)
CRIMINAL DOCKET FOR CASE #: 1:04-mj-00483-ALL
Internal Use Only

**Case title:** USA v. Roxas
**Other court case number(s):** None
**Magistrate judge case number(s):** None

**Date Filed:** 03/08/04

**Assigned to:**
**Referred to:**

**Defendant(s)**
------------------------

**Lance Steven Tirso Roxas** (1)    represented by **Robert A Soloway**
Rothman, Schneider, Soloway & Stern, LLP
70 Lafayette Street, 7th Floor
New York, NY 10013
212-571-5500
Fax : 212-571-5507
Email: RSSST4@AOL.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                           **Disposition**
------------------------                     ---------------
None

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

**Highest Offense Level (Opening)**
-------------------------------------
None

**Terminated Counts**                        **Disposition**
-----------------------------                ---------------
None

**Highest Offense Level (Terminated)**
------------------------------------------
None

**Complaints**                               **Disposition**
----------------                             ---------------
18:371:CONSPIRACY TO COMMIT
PASSPORT FRAUD.

**Plaintiff**

---

USA                                represented by **Christopher L. Garcia**
                                                  U.S. Attorney's Office
                                                  One St. Andrew's Plaza
                                                  New York, NY 10007
                                                  212-637-1022
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/03/2004 | 1 | RULE 5(c)(3) AFFIDAVIT (District of Massachusetts) of William T. Noone, Special Agent, Diplomatic Security Service, United States Department of State, as to Lance Steven Tirso Roxas. (Signed by Magistrate Judge Michael H. Dolinger on 3/8/2004) (gq, ) (Entered: 03/15/2004) |
| 03/08/2004 |  | Arrest (Rule 5(c)(3)) of Lance Steven Tirso Roxas. (gq, ) (Entered: 03/15/2004) |
| 03/08/2004 | 2 | CJA 23 Financial Affidavit by Lance Steven Tirso Roxas. (Signed by Judge Michael H. Dolinger ) (gq, ) (Entered: 03/15/2004) |
| 03/08/2004 |  | Attorney update in case as to Lance Steven Tirso Roxas. Attorney Robert A Soloway for Lance Steven Tirso Roxas added. (gq, ) (Entered: 03/15/2004) |
| 03/08/2004 |  | Minute Entry for proceedings held before Judge Michael H. Dolinger :Initial Appearance in Rule 5(c)(3) Proceedings as to Lance Steven Tirso Roxas held on 3/8/2004. Appearance entered by Robert A Soloway for Lance Steven Tirso Roxas on behalf of defendant. AUSA Christopher Garcia present for the gov't. Agreed bail package: $20,000 PRB. Travel restricted to SDNY, EDNY, District of New Jersey (District of Massachusetts and intervening districts to appear in Mass). Surrender travel documents (& no new applications). None. Strict pretrial supervision. Drug testing/treatment. Waives Rule 5(c) hearings. Calendar for 3/22/04 at 10:30 A.M. (gq, ) (Entered: 03/15/2004) |
| 03/08/2004 | 3 | PRB APPEARANCE Bond Entered as to Lance Steven Tirso Roxas in amount of $20,000. Travel limited to SDNY, EDNY, District of New Jersey. (District of Mass. & intervening Districts to appear in Mass). Surrender travel documents (& no new applications). (None). Strict pretrial supervision. Drug testing/treatment. Waives Rule 5(c) hearings. Calendar for 3/22/04 at 10:30 A.M. (gq, ) (Entered: 03/15/2004) |
| 03/08/2004 | 4 | ADVICE OF PENALTIES AND SANCTIONS as to Lance Steven Tirso Roxas. (gq, ) (Entered: 03/15/2004) |
| 03/15/2004 |  | RULE 5(c)(3) DOCUMENTS SENT as to Lance Steven Tirso Roxas from the U.S.D.C. Southern District of New York to the United States District Court - District of Massachusetts. Sent original file along with documents numbered 1-4, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment on 3/15/2004. (gq, ) (Entered: 03/15/2004) |

**ORIGINAL**

DOC # _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**04 MAG     483**

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

       - v. -                :     RULE 5(C)(3) AFFIDAVIT

LANCE STEVEN TIRSO ROXAS,        :

       Defendant.             :

- - - - - - - - - - - - - - - x



SOUTHERN DISTRICT OF NEW YORK, ss.:

    WILLIAM T. NOONE, being duly sworn, deposes and says that he is a Special Agent with the Diplomatic Security Service of the United States Department of State ("DSS"), and charges as follows:

    On or about February 19, 2004, the United States District Court for the District of Massachusetts issued a Warrant for the Arrest of "Lance Steven Tirso Roxas" (the "Arrest Warrant"). The Arrest Warrant was issued based upon a Complaint charging "Lance Steven Tirso Roxas" with conspiracy to commit passport fraud, in violation of Title 18, United States Code, Section 371. Copies of the Arrest Warrant and Complaint are attached hereto as Exhibits A and B respectively.

    I believe that LANCE STEVEN TIRSO ROXAS, the defendant, who was arrested on March 8, 2004, in the Southern District of New York, is the same individual as the "Lance Steven Tirso Roxas," who is wanted in the District of Massachusetts.

    The bases for my knowledge and for the foregoing charge are, in part, as follows:

    1. I am currently assigned to the New York field office of the DSS. This affidavit is based in part on my conversations with other persons and law enforcement officers and my review of reports and records. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned relating to LANCE STEVEN TIRSO ROXAS, the defendant. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, unless otherwise indicated.

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

2.  On or about January 14, 2004, I was contacted by a Special Agent ("Special Agent") of DSS's Boston, Massachusetts field office. The Special Agent informed me of his office's investigation of LANCE STEVEN TIRSO ROXAS, the defendant, for passport fraud and that he had information that ROXAS was residing in Thoms River, New Jersey. The Special Agent faxed me a request for investigation that included what was believed to be ROXAS's address.

3.  Based upon my review of the information provided to me by the Special Agent, I know that a person using the identity of a "Lance Steven Tirso Roxas" applied for a United States passport at the United States Passport Office in Cambridge, Massachusetts, on or about March 4, 2002. The passport was not issued because it was believed that the person claiming to be "Lance Steven Tirso Roxas" was not the real "Lance Steven Tirso Roxas."

4.  On or about January 14, 2004, I went to the Thoms River, New Jersey address the Special Agent had provided to me. There I spoke with a woman who identified herself as the mother of LANCE STEVEN TIRSO ROXAS, the defendant. She informed me that ROXAS lives with her but that he was not home at the time. She further informed me that ROXAS works at Crunch Fitness Center at 144 West 38th Street, New York, New York.

5.  On or about January 15, 2004, I went to the Crunch Fitness Center at 144 West 38th Street and interviewed LANCE STEVEN TIRSO ROXAS, the defendant. ROXAS provided a written statement in which he acknowledged his identity and admitted that he provided another individual documents - ROXAS's documents - bearing the name "Lance Steven Tirso Roxas" to be used in connection with a fraudulent passport application to be submitted by that person.

6.  On or about January 15, 2004, using information provided to me by LANCE STEVEN TIRSO ROXAS, the defendant, I located the person to whom ROXAS's identity documents had been given. I interviewed the individual, who admitted that he filed a false passport application using ROXAS's identity and documents provided to him by ROXAS.

8.  On or about February 19, 2004, the Arrest Warrant was issued for ROXAS based in part on results of my investigation, which are outlined above.

2

        9.   For all the foregoing reasons, I believe that LANCE STEVEN TIRSO ROXAS, the defendant, is "Lance Steven Tirso Roxas," the subject of the Arrest Warrant.

        WHEREFORE, deponent prays that LANCE STEVEN TIRSO ROXAS, the defendant, be imprisoned or bailed as the case may be.

_____
WILLIAM T. NOONE
Special Agent
United States Department of State
Diplomatic Security Service


Sworn to before me this
8th day of March, 2004.

_____
THE HONORABLE MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

LANCE STEVEN TIRSO ROXAS

**WARRANT FOR ARREST**

CASE NUMBER: 04-1655-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    LANCE STEVEN TIRSO ROXAS
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to make a false statement on a passport application in violation of 18 U.S.C. s. 1542,

in violation of Title __18__ United States Code, Section(s) __371__

CHARLES B. SWARTWOOD III                    UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

[signature]                                 3-18-04 @ Boston, MA
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

FAX TO CHRIS GARCIA
212 637 2527    **AUSA**    1 of 4

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

LANCE STEVEN TIRSO ROXAS

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1655-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___March 4, 2002___ in ___Middlesex___ county, in the _____ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense) conspire with another to willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport, in violation of 18 U.S.C. s. 1542,

in violation of Title ___18___ United States Code, Section(s) ___371___

I further state that I am a(n) ___Special Agent, DSS___ and that this complaint is based on the following
                                       Official Title
facts:

See attached affidavit of DSS Special Agent Herman L. Arnold

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-19-2004 _____ at ___Boston, Massachusetts___
Date                                                                            City and State

CHARLES B. SWARTWOOD III
United States Magistrate Judge                                          _____
Name & Title of Judicial Officer                                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Herman L. Arnold, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since August, 2002. As part of my official duties, I am assigned to investigate violations of matters relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made to illegally obtain passports and visas.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause to believe that an individual named Lance Steven Tirso ROXAS conspired with another to willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport, in violation of Title 18, United States Code, Section 371 and Title 18, United States Code, Section 1542.

3. On March 4, 2002, a person using the identity of Lance Steven Tirso ROXAS submitted an application ("DS-11") for a

United States passport at the U.S. Post Office located in Cambridge, MA. A copy of the passport application is appended hereto as Exhibit A. In support of the application, the person submitted a birth certificate in the name of Lance Steven Tirso Roxas from the Board of Health and Vital Statistics of Hudson County, Jersey City, New Jersey, reflecting that the person was born on May 9, 1971, in Jersey City, New Jersey. A copy of the birth certificate is appended hereto as Exhibit B. The person signed the application in the presence of an authorized passport acceptance clerk, attesting that all of the information contained therein was true. Also, as required, the applicant submitted two photographs of himself and one was attached to the passport application at the time of its submission.

4. On January 14, 2004, Diplomatic Security Service Special Agent William T. Noone of the New York Field Office of the Diplomatic Security Service interviewed the person who submitted the application. He admitted that his true name is Renald Jean-Baptiste, and that he falsely claimed to be Lance Steven Tirso Roxas in submitting the March 4, 2002 passport application. Jean-Baptiste stated that he acquired the identity documents for the passport application from the true Lance Steven Tirso Roxas. A copy of Jean-Baptiste's sworn statement is appended hereto as Exhibit C.

5. On January 14, 2004, the true Lance Steven Tirso ROXAS

2

was interviewed by Diplomatic Security Service Special Agent William T. Noone of the New York Field Office of the Diplomatic Security Service. ROXAS admitted that he supplied Renald Jean-Baptiste with identification documents for the purpose of aiding him in obtaining employment and a U.S. Passport, knowing that Jean-Baptiste was not entitled to a U.S. Passport. A copy of Lance Steven Tirso Roxas's sworn statement is appended hereto as Exhibit D.

6. Based on the foregoing, I have probable cause to believe that Lance Steven Tirso ROXAS, did conspire to willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport, for the use of another, in violation of Title 18, United States Code, Sections 371 and 1542.

I certify that the foregoing is true and correct. Executed at Boston, Massachusetts, this 19th day of February, 2004.

HERMAN L. ARNOLD
Special Agent
U.S. Department of State,
Diplomatic Security Service

Subscribed and sworn before me this 19th day of February, 2004, in Boston, Massachusetts.

CHARLES B. SWARTWOOD
United States Magistrate

3

UNCLASSIFIED

| Form DS-439 | To: Speical Agent in Charge |  |
|---|---|---|
| DEPARTMENT OF STATE LEAD SHEET Request for Investigation | CHRIS PAUL | |
| | DATE SENT 02/24/2004 | DATE DUE / / |
| CASE NAME ROXAS, LANCE STEVEN TIRSO | MAIDEN NAME | DS CASE NR P-2004-00144 |
| TRUE NAME ROXAS, LANCE STEVEN TIRSO | | FOC CASE NR 200409016 |
| DATE OF BIRTH 05/09/1971 | PLACE OF BIRTH NEW JERSEY, NJ-US | SEX M |

DETAILS:

On March 4, 2002, SUBJECT applied for a US Passport under the identity of Lance Steven ROXAS, D/POB: 05/09/71, Jersey City (Hudson County), New Jersey. In support of his application, SUBJECT presented State of New Jersey, Birth Certificate, Massachusetts ID card, Aetna health insurance card, and a credit card, all issued in the name of Lance Steven ROXAS. The Boston Passport Agency referred it to DS/FLD/BFO for investigation based on several fraud indicators. Further investigations revealed the true identity of the applicant on the DS-11 is not Lance Steven ROXAS, D/POB: 05/09/71, Jersey City, NJ.

On January 14, 2004, SA William Noone interviewed both the true Lance ROXAS, and Renald JEAN-Baptiste. JEAN-Baptiste admitted to applying for a U.S. passport in the identity of Lance ROXAS. The JEAN-Baptiste stated he needed the passport in order to travel with the Celine Dion dance group. ROXAS (SUBJECT) confessed to supplying JEAN-Baptiste his identity documents in order for JEAN-Baptiste to obtain a passport, knowing JEAN-Baptiste was not entitled to a passport.

On February 19, 2004, an arrest warrant was issued for Renald JEAN-Baptiste in the District of Massachusetts. Copies of the warrant and complaint will be faxed to NYFO.

BFO would like to request NYFO to locate and arrest the SUBJECT, and present him before the nearest magistrate for his initial hearing. SA William Noone is fully aware of the particulars of this case, and should be available to assist in any last minute situations that may arise

Point of Contact for this request is as follows:
Herman Arnold (DS/FLD/BFO)
Tel: 617-565-8217
Cell: 517-320-6372
Fax: 617-565-8222

| DISTRIBUTION: | FROM: ARNOLD, HERMAN L |
|---|---|
| | SAC/RSO: |

UNCLASSIFIED

DOC #

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Roxas

AT: [FILED MAR 08 2004 U.S. DISTRICT COURT S.D. OF N.Y.]

| | LOCATION NUMBER |
|---|---|

PERSON REPRESENTED (Show your full name): **LANCE ROXAS**

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-483
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

A TRUE COPY UNITED STATES MAGISTRATE FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: NYH + Racket Club
IF YES, how much do you earn per month? $ 6500
IF NO, give month and year of last employment. How much did you earn per month? $ ____

If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED: No.  SOURCES: ____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ____

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ 13,000.—

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE: $30,000.—  DESCRIPTION: Dodge Durango
IF YES, GIVE THE VALUE AND DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependants: 1
List persons you actually support and your relationship to them: ____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | College Tuition – 7,000/year | $ | $ |
| | H.H. Insurance 200/month | $ | $ |
| | Car Payment + Ins. 650/month | $ | $ |
| | Commute – 1000.—/month | $ | $ |
| | Food – 500 | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/8/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

## DISPOSITION SHEET

CHRISTOPHER GARCIA
AUSA

DATE OF ARREST _today_
TIME OF ARREST _2 PM_

☐ VOL. SURRENDER
☐ ON WRIT

MAGISTRATE'S
DOCKET NUMBER _04 MAG 483_

TIME OF PRESENTMENT _7:05 PM_

PROCEEDING: ☐ Rule 5  ☐ Rule 9  ☐ Rule 40  ☐ Detention Hearing  ☒ Other: _R5(c)(3)_

☐ INTERPRETER NEEDED   LANGUAGE: _____

DEFENDANT'S NAME: _LANCE STEVEN TIRSO ROXAS_
COUNSEL'S NAME: _Robert Soloway_   ☐ RETAINED  ☐ LEGAL AID  ☒ CJA

### BAIL DISPOSITION

☐ DETENTION  ☐ ON CONSENT W/O PREJUDICE  ☐ SEE DETENTION ORDER
☐ DETENTION HEARING SCHEDULED AT DEFENDANT'S REQUEST FOR _____
☒ AGREED BAIL PACKAGE
☒ $ _20,000_ PRB
☐ _____ FRP
☐ $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _DNJ_ (_D Mass + intervening districts to appear (in Mass)_)
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS) _none_
☐ REGULAR PRETRIAL ☒ STRICT PRETRIAL ☒ DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING:
   CONDITIONS: _____
☐ DEFENDANT TO BE RELEASED UPON FOLLOWING CONDITIONS:
_____
REMAINING CONDITIONS TO BE MET BY _____
☐ OTHER:

_Waives Rule 5(c) hearings_

_Calendar for 3/22 10:30 AM_

FOR RULE 40 CASES:
☐ ID HEARING WAIVED
☐ DEFENDANT TO BE REMOVED

☐ PRELIMINARY HEARING WAIVED
☐ ON DEFENDANT'S CONSENT

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

DATE FOR PRELIMINARY HEARING _____                  ☐ ON DEFENDANT'S CONSENT
COMMENTS AND ADDITIONAL PROCEEDINGS:

DATE _3/8/04_

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

WHITE (ORIGINAL) - DEFENDANT'S FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2001) IH - 2

$20,000 PRB; TRAVEL LIMITED TO SDNY/EDNY; D NJ (DISTRICT OF MASS & INTERVENING DISTRICTS TO APPEAR IN MASS); SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS) (NONE); STRICT PRETRIAL SUPERVISION; DRUG TESTING/TREATMENT; WAIVES RULE 5 (C) (3) HEARING; CALENDAR FOR 3/22 AT 10:30 AM

AO 98 (Rev. 8/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.

LANCE STEVEN TIRSO ROXAS
Defendant

**APPEARANCE BOND**
CASE NUMBER

04 MAG 483

U.S. DISTRICT COURT FILED MAR 0 8 2004 S.D. OF N.Y.

Non-surety:  I, the undersigned defendant acknowledge that I and my...
Surety:  We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ 20,000                       , and there has been deposited in the Registry of the Court the sum of

$ XXXXXXXXXXXXXXXXXXXXX   in cash or   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
                                                                    Describe other security

The conditions of this bond are that the defendant    LANCE STEVEN TIRSO ROXAS
                                                                              Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on     March 8, 2004        at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007
                                    Date

Defendant _____     Address  3136 OCEANIC DR
          LANCE STEVEN TIRSO ROXAS              TOMS RIVER NJ

Surety   _____      Address  08753

Surety   _____      Address  _____

Signed and acknowledged before me on      March 8, 2004
                                             Date

                                          _____
                                          Judicial Officer/Clerk

Approved: _____
          Judicial Officer
          AUSA CHRISTOPHER GARCIA

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

©8/97 B.Kaliabakos U.S.D.C.-S.D.N.Y.

AO 199C (Rev.6/97) Advise of Penalties . . .     Page ___ of ___ Pages

**Advice of Penalties and Sanctions**

TO THE DEFENDANT: LANCE STEVEN TIRSO ROXAS   04MAG483

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:   3/8/04

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Signature of Defendant_

Address: 3136 OCEANIC DR

City and State: TOMS RIVER NJ     Telephone: 732-270-3024

**Defendant Released**

[STAMP: U.S. DISTRICT COURT FILED MAR 08 2004 S.D. OF N.Y.]

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK