AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

V.

Lance Steven Tirso Roxas

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 04-1655-CBS

I, __Lance Steven Tirso Roxas__, charged in a (complaint) (petition) pending in this District with __Conspiracy to make False statement on Passport__ in violation of Title __18__, U.S.C., __371__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

5/3/04
Date

_____
Counsel for Defendant